# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| OLIVISTAR LLC, | CIVIL ACTION NO. 2:15-cv-314 |
| Plaintiff, | (Lead Case) |
| v. | CIVIL ACTION NO. 2:15-cv-321 |
| JP MORGAN CHASE & CO., | (Consolidated Case) |
| Defendant. | JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the Motion for Dismissal (Dkt. No. 43) of all claims with prejudice filed by Plaintiff, Olivistar LLC, the Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff, Olivistar LLC against Defendant, JP Morgan Chase & Co. are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 13th day of July, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE